UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,    Crim. No. 17-cr-408(NLH)

                                    ORDER

v.

MIRZA HUSKIC,

    Defendant.

**HILLMAN, District Judge**

This matter having come before the Court by way of Defendant Mirza Huskic's motion [Doc. No. 26] seeking leave of Court to permit Gilbert J. Scutti, Esquire to withdraw as counsel in this matter; and

The Court having denied the motion without prejudice for the reasons set forth on the record on May 14, 2018; and

The Court having received the subsequent submissions of the parties regarding Defendant Mirza Huskic's representation, and finding that the Court is inclined, after an additional hearing, to grant the motion to discharge Mr. Scutti as counsel; and for good cause shown;

IT IS on this  18th  day of  May , 2018 hereby

**ORDERED** that the parties are directed to appear on Friday,

June 22, 2018 at 9:30 a.m. in Courtroom 3A of the Mitchell H. Cohen United States Courthouse for a hearing, at which time the Court will likely approve a substitution of counsel and confirm that the transfer of all relevant files and information to new counsel has occurred as appropriate; and it is further

ORDERED that, at this time, the Court will grant the Government's application for a second protective order which will be entered on the docket separately, contemporaneously with this Order; and it is further

ORDERED that, in reliance on representations made on the record by Mr. Wiesner that Defendant Huskic will waive his Speedy Trial rights beyond June 25, 2018, the parties are directed to meet and confer to determine new dates for all pretrial proceedings and a new trial date consistent with the standing order in criminal cases. All dates in the new scheduling order and continuance order should be reviewed and confirmed with the Courtroom Deputy, Gladys Novoa, before any submission is made to the Court. The parties shall submit their final proposed scheduling order and continuance order no later than Friday, May 25, 2018.

At Camden, New Jersey                NOEL L. HILLMAN, U.S.D.J.